# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT
## [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

William Larry Moore
Name under which you were convicted

319670
Your prison number

6:20-cv-116-LCB-JEO

CIVIL ACTION NO _____
(To be supplied by Clerk of Court)

vs.

Glenn McGriff
Name of Defendant(s)

P.O. Box 1946 Clanton Al 35046 County Jail
Place of Confinement and Address

## INSTRUCTIONS - READ CAREFULLY

A. **Complaint Form.** You must file your original complaint and a copy for each named Defendant. Your complaint must be clearly handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. Any false statement of material fact may serve as the basis for prosecution for perjury.

B. **Proper Court.** Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. **Separate Case.** It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. **Defendants.** The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

Rev. 8/1/15

E. <u>Pleading the Complaint</u>. Your complaint <u>should</u> <u>not</u> contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a <u>short</u> and <u>plain</u> statement of your claim and shall provide fair notice <u>to each defendant</u> of the claim against that defendant and of the factual grounds upon which the claim rests.

F. <u>Fees</u>. This complaint cannot be properly filed unless it is accompanied by the $400.00 filing fee, or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action. If IFP is granted the filing fee is $350.00.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. <u>Form of Pleadings</u>. All pleadings and other papers filed <u>must</u> be on 8 1/2" x 11" paper, <u>legibly</u> handwritten or typewritten. Every document filed after the complaint must have the style of the case and the <u>docket number</u>. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading <u>will be stricken</u>. See Fed. R. Civ. P. 11(a). No notary is required.

H. <u>Certificate of Service</u>. Each pleading filed after the complaint <u>must</u> contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading <u>will be stricken</u> if it does not contain this certificate of service. See Fed. R. Civ. P. 5.

I. <u>Copies</u>. This Court <u>will</u> <u>not</u> make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. <u>Form of Pleadings</u>. <u>Do not</u> write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. <u>No Evidence</u>. No evidence shall be sent to the Court for filing or storing.

**I. PREVIOUS LAWSUITS.**

NONE

2

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
   Yes ( )     No (✓)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
   Yes ( )     No (✓)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

   1. Parties to this previous lawsuit:

   Plaintiffs: William LARRY Moore

   Defendants: Glenn McGriff

   2. Court (if federal court, name the district; if state court, name the county): Chilton County

   3. Docket Number: 14-DC-2019-000593.00

   4. Were you granted the opportunity to proceed without payment of filing fees?
      Yes (✓)     No ( )

   5. Name of judge to whom the case was assigned: SONJA F. Bivins

   6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

   I has Not been dismissed. Due to the fact that I have sent all the paper work That the court ask for.

   7. Approximate date of filing lawsuit: 11-19-19

   8. Approximate date of ruling by court: They have only sent a case #

3

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: Clanton Al

B. Date it occurred: 3-11-19 it happened at the Court house and county Jail

C. Is there a prisoner grievance procedure in this institution? No grievance in al.

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )    No (✓)

E. If your answer is YES:

   1. What steps did you take? _____

   2. What was the result? _____

F. If your answer is NO, explain why not: They have No Grievance Board in ala.

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

It happened at my house. and 3-11-19 a gun charge to Revoke my probation. But they went in my landlord's house. That is where they found the gun. They did not have a search warrent. I Lived in a split level house what their was No way to enter the landlords house from my house. We had sepertated Entrance to each other house. I Lived in the lower section of the house he lived in the other section of the house. I only given them rights to search my house they took No test of gunpower on my hands. they said I had fired the gun early in the morning. I did not fire any gun they

4

### III. PARTIES.

A. Plaintiff (Your name/AIS): William LARRY Moore 319670

    Your present address: 223 Sasser Rd. Hamilton Ala 35570

B. Defendant(s):

1. Defendant (full name) Glenn McGriff is employed as Clerk at Clanton Al.

    His/her present address is P.o Box 1946 chilton County. 35046

    (a) Claim against this defendant: Neglenction he never answer me back for a fast and speedy trial.

    (b) Supporting facts (Include date/location of incident):

    3-11-19 at my house 1972 cord 262

2. Defendant (full name) Glenn McGriff is employed as clerk at Clanton City Ala.

    His/her present address is Po Box 1946 Clanton Albama

    (a) Claim against this defendant: Same as the above address

    (b) Supporting facts (Include date/location of incident):

3. Defendant (full name) County Jail is employed as _____ at _____.

    His/her present address is _____

5

(a) Claim against this defendant: _____
_____.

(b) Supporting facts (Include date/location of incident):

_____
_____
_____
_____

C. <u>Additional Defendants</u>: (If there are additional defendants, you may list them on separate pages using the same outline above).

**IV.** A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: Gun Possison and They took a patch out of my landlord house

2. When were you convicted? 3-11-19

3. What is the term of your sentence? two 5 yes run concurrent

4. When did you start serving this sentence? 7-25-19

5. Do you have any other convictions which form the basis of a future sentence?
   Yes ( )   No (✓)

If so, complete the following:

(a) Date of conviction: _____

(b) Term of sentence: _____

6. What is your expected end of sentence (E.O.S.) date? No more cases

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|              | Conviction    | Sentence      |
|--------------|---------------|---------------|
| Reversed     | yes( ) no(✓)  | yes( ) no(✓)  |
| Expunged     | yes( ) no(✓)  | yes( ) no(✓)  |
| Invalidated  | yes( ) no(✓)  | yes( ) no(✓)  |

6

Writ of habeas corpus granted   yes( ) no(✓)        yes( ) no(✓)

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _None_

**V.** State <u>briefly</u> exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

I want 90,000 cash and the probation restated so I can leave prison. If possible

**VI. AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

1-16-20
Date

William larry moore
(Signature of Plaintiff Under Penalty of Perjury)

223 Sasser Rd
Current Mailing Address

Hamilton Al  35570

Call Hamilton A+I correction center.
Telephone Number

<u>PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.</u>

1-16-2020

Attachement  Page 1

Came to my house at 4:04 in the evining. They had me to levave me in jail 76 day. I filed a motion to dismiss the case 2 motions 5-15-19. They left me in a room in the back of the courthouse for about 5 hours to hear my motion. My niece and sister-n-la to testify on my behalf. But they never took me to court for a bond reduction or plemily hearing, that is all it adds up to. They said they appointed Katie Hiyler to Be my lawer she said that there was nothing she could do for me until I get the case of parole vilated me. So I filed for a fast and speedy trial. the never answed be back on the fast a speedy trial. Since I have been in prison all this Time. I have written for a responce but never heard from them. They stated that the offence carried 1 to 10 years. It was when I was in walker county jail in Jasper Al. That they told me it was on a piece of paper they have given me. I need help from federal court to quit viloated people's right. Because they have done it to many I have been trufuly and Honest with the Courts. The reason is upheld my Beasose whit they sentence is to carry me back to court that is against my Right. When I am finished with this sentence.

Attachment 2

1-16-20

I went to Cullman County on 1-13-20 the run the time with the Clanton Conviction I am very happy with the judge and laywer. for the help provided on their case. They gave me my time concurrent with the out come of the time of probation of 2/5 years concurrent time sentance of 50 months run concurrent ha the time I have all redy Served